20 cr 33 DWF/ECW

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| ERIC QUININ HOLT, | ) | |
| a/k/a "Eric Quinn Holt," | ) | |
| a/k/a "Eric Quin Holt," | ) | |
| | ) | |
| Defendant, | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Felon in Possession of a Firearm)

On or about December 4, 2019, in the State and District of Minnesota, the defendant,

**ERIC QUININ HOLT**,
a/k/a "Eric Quinn Holt,"
a/k/a "Eric Quin Holt,"

having previously been convicted of the following crimes, each of which was punishable

by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Conspiracy To Possess with the Intent To Distribute Crack Cocaine | U.S. District Court, District of Minnesota | February 11, 2005 |
| Conspiracy To Possess with the Intent To Distribute Controlled Substances | U.S. District Court, District of Minnesota | June 26, 2012 |



SCANNED
FEB 13 2020
U.S. DISTRICT COURT MPLS

U.S. v. Eric Quinin Holt

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms, that is, a Ruger model SR-45 .45 caliber semi-automatic pistol bearing serial number 380-18771; and a Ruger model Security 9 9mm semi-automatic pistol bearing serial number 381-37612, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with such violations including, but not limited, to the Ruger model SR-45 .45 caliber semi-automatic pistol bearing serial number 380-18771, together with ammunition; and the Ruger model Luger 9mm semi-automatic pistol bearing serial number 381-37612, together with ammunition, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON

2